IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LUDMILLA TCHISTIAKOVA,

      Appellant,

                                        Case No.  5D22-437
v.                                   LT Case No. 2020-CC-10892


OCEAN PARK OWNERS' ASSOCIATION, INC.,

      Appellee.
_____/

Decision filed February 28, 2023

Appeal from the County Court
for Brevard County,
Michelle Vitt Baker, Judge.

Christopher L. Hixson, of Consumer Law
Attorneys, Clearwater, for Appellant.

Elizabeth Siano Harris, of Harris
Appellate Law Office, Mims, for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and BOATWRIGHT, JJ., concur.